

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | ED CR 10-68-VAP |
| Plaintiff, | ) ) | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |
| v. | ) ) ) | |
| Fred Dennison | ) ) | |
| Defendant. | ) | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (✓)  the appearance of defendant as required; and/or

    (B)  (✓)  the safety of any person or the community.

//

//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_defendant will abide by conditions set by the Court given his criminal history and history of non-compliance._

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he will appear for future court appearances given history of non-appearance, unknown residential history, substance abuse, parole violations and overall non-compliance. In addition, there are no bail resources available at this time._

IT IS ORDERED that defendant be detained.

DATED: 4-30-14

ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

2